UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KEN CURRY,

        Plaintiff,

-against-

CREDITORS FINANCIAL GROUP, LLC,

        Defendant.



VERIFIED COMPLAINT and DEMAND
FOR JURY TRIAL

10 CV 865

    NOW COMES Plaintiff, Ken Curry ("Plaintiff"), by and through his attorneys, Krohn & Moss, Ltd., for his Verified Complaint against Defendant, Creditors Financial Group, LLC ("Defendant"), alleges as follows:

### Nature of the Action

    1.    This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### Parties

    2.    Plaintiff is a natural person residing in Anchorage, Alaska.

    3.    Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

    4.    Defendant is a limited liability company having its principal place of business located in Buffalo, New York.

    5.    Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Because Defendant conducts business in and is principally located in the state of New York, personal jurisdiction is established

9. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## Factual Allegations

10. On or about March 21, 2010 and March 31, 2010, Defendant placed approximately two (2) collection calls to Plaintiff seeking and demanding immediate payment for an alleged consumer debt based on an auto loan.

11. Defendant contacted Plaintiff and asked for a bank account from which Defendant could start taking automated payments and if a payment plan wasn't in place by the end of the phone call, Defendant would take further action and advised Plaintiff to talk to an attorney.

12. Defendant threatened legal action against the Plaintiff. To date, no lawsuit has been filed.

13. Defendant threatened to 'pull' credit on Plaintiff's wife.

14. Defendant bullied Plaintiff during phone conversations – Defendant stated to Plaintiff that with regards to payment, it was now or never. In an aggressive tone and treatment, Defendant stated to Plaintiff's spouse that Plaintiff was being uncooperative and that Plaintiff was at fault for being in the current financial situation. In a condescending and demeaning

manner, Defendant stated to Plaintiff that Plaintiff's financial situation would never happen to Defendant.

## CLAIM FOR RELIEF

15. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, and abuse Plaintiff;

   b) Defendant violated *§1692e* of the FDCPA by false, deceptive, or misleading representation or means in connection with the debt collection.

   c) Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot legally be taken or is not intended to be taken.

   d) Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt.

16. Plaintiff is entitled to his attorney's fees and costs incurred in this action.

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

   (1) Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k;

   (2) Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

   (3) Awarding such other and further relief as may be just, proper and equitable.

//

//

//

Dated: October 11, 2010                                KROHN & MOSS, LTD.

                                                       By: _____
                                                       Adam T. Hill
                                                       KROHN & MOSS, LTD.
                                                       120 W. Madison St., 10th Fl.
                                                       Chicago, Illinois 60602
                                                       Telephone: 312-578-9428
                                                       Telefax: 866-289-0898
                                                       ahill@consumerlawcenter.com
                                                       Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Ken Curry, hereby demands a jury trial in this matter.

# VERIFICATION

STATE OF ALASKA)

:ss.:

MUNICIPALITY OF ANCHORAGE)

Plaintiff, Ken Curry, being duly sworn, deposes and says:

1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it;

Pursuant to 28 U.S.C. § 1746(2), I, Ken Curry, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 9/20/2010

Ken Curry